UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Criminal No. 4:25−cr−00495 |
| | § | |
| Dempsey Spears | § | |

## DOCKET CONTROL ORDER

1. MOTIONS will be filed by      October 20, 2025

2. RESPONSES will be filed by      October 30, 2025

3. Proposed voir dire and charge to be filed by      November 26, 2025

4. PRETRIAL CONFERENCE set for      December 4, 2025 at 02:30 PM

5. JURY selection and TRIAL set for      December 8, 2025 at 09:00 AM

6. Speedy trial limits waived? (yes/no)      No

7. Estimated Trial Time:      5 days

Direct questions about this schedule to Lisa Edwards, Case Manager to United States District Judge Alfred H. Bennett, at Lisa_Edwards@txs.uscourts.gov or (713) 250-5850.

SIGNED on October 1, 2025, at Houston, Texas.

Richard W. Bennett
United States Magistrate Judge