IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**UNITED STATES OF AMERICA**

v.                                                                                          4:25-CR-495

**DEMPSEY SPEARS,**

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that attorney Darryl Austin hereby enters his appearance on behalf of Defendant, Dempsey Spears, in the above-captioned matter. Mr. Austin is authorized to practice in this court and will serve as counsel in this matter.

Respectfully submitted,

By /s/ Darryl E. Austin
DARRYL E. AUSTIN
New Jersey State Bar ID No. 023352008
Southern District of Texas No. 2659614
Attorneys for Defendant
darryl_austin1@yahoo.com

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing instrument has been sent via ECF notification on this the 1st day of October 2025, to the Assistant United States Attorney handling this case.

                                            */s/ Darryl Austin*
                                             Darryl Austin