IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                                                                          4:25-CR-495

DEMPSEY SPEARS,

### DEFENDANT'S MOTION TO MODIFY BOND CONDITIONS

The defendant, Dempsey Spears, files this motion to modify the conditions of pretrial release and respectfully shows as follows:

Mr. Spears is charged with multiple counts of Health Care fraud and Aggravated Identity Theft in violation of 18 U.S.C. §§ 1347 and 1028A. He was given a $25,0000 unsecured bond and released on October 1, 2025.

The requirements of Mr. Spears' bond in particular required that he find verifiable employment while simultaneously within 30 days close his medical practice. Likewise, he is also prohibited from billing Medicare or Medicaid directly or indirectly.

Mr. Spears is in full compliance with his bond conditions. However, Mr. Spears requests permission to continue to work as a professional under the employment of Headway, Thrive Works and Rula who anticipate billing various

agencies and insurance companies such as Medicare or Medicaid for the work he performs for their respective companies. In an effort to remain compliant with conditions of his pre-trial release Mr. Spears seeks modification only that those companies or other comparable companies be allowed to bill for the services rendered to their patients by Mr. Spears.

Counsel for Mr. Spears has conferred with Noelia Barba of Probation, who has indicated she is amendable to the request. If the Court grants this motion, Mr. Spears would advise his probation officer of the plans in advance and his employment contacts.

           Respectfully submitted,

           By /s/ Darryl E. Austin
           DARRYL E. AUSTIN
           New Jersey State Bar ID No. 023352008
           Southern District of Texas No. 2659614
           Attorneys for Defendant
           darryl_austin1@yahoo.com

## CERTIFICATE OF SERVICE

I certify that on December 4, 2025, a copy of the foregoing Unopposed Motion to Travel was served by Notification of Electronic Filing and was delivered by email

to the office of Assistant United States Attorney Kathryn Olson and to the office of United States Probation Officer Noelia Barba.

s/ Darryl E. Austin
DARRYL E. AUSTIN

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**UNITED STATES OF AMERICA**

v.　　　　　　　　　　　　　　　　　　　　　　　　　　　　Cr. No

**O R D E R**

Having considered the defendant's motion to modify bond conditions, it is hereby GRANTED. An exception to allow Headway, Thrive Works and Rula to bill Medicare and Medicaid for services performed by Dempsey Spears on their patients shall be permitted.

SIGNED at Houston, Texas, on the _____ day of _____, 2025.

_____
UNITED STATES MAGISTRATE JUDGE