United States District Court
Southern District of Texas

**ENTERED**

January 14, 2026

Nathan Ochsner, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                                                    Cr. No

## ORDER

Having considered the defendant's motion to modify bond conditions, it is hereby GRANTED. An exception to allow Headway, Thrive Works and Rula to bill Medicare and Medicaid for services performed by Dempsey Spears on their patients shall be permitted.

SIGNED at Houston, Texas, on the _____ day of JAN 1 3 2026 , 2025.

_____
UNITED STATES MAGISTRATE JUDGE

4