IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

v.  Cr. 4:25-CR-495

DEMPSEY SPEARS

## UNOPPOSED MOTION TO CONTINUE

Defendant Dempsey Spears, moves this Court for a 90-day continuance of all dates, and he respectfully shows as follows:

Mr. Spears is charged with five Counts of Health Care Fraud, in violation of 18 U.S.C. §§ 1347 and 2, and four Counts of Aggravated Identity Theft, in violation of 18 U.S.C. § 1028A. The pretrial motions deadline has passed; the pre-trial conference is set for March 19, and jury trial is set for March 23.

Counsel is in the process of receiving a voluminous amount of discovery and needs additional time to review it and investigate. Undersigned counsel has identified certain legal and factual issues that require further investigation. Counsel needs more time to complete his investigation and analysis, and then to file pretrial motions, if necessary, and to prepare for trial, if necessary. Moreover, additional time is needed to discuss the case with Mr. Spears.

The defendant respectfully submits that the best interests of justice served by granting this motion for a continuance substantially outweigh the interests of the

defendant and the community in a speedy trial, and that failure to grant the continuance would deprive defense counsel of sufficient time to prepare for trial.

The government is unopposed to this motion to continue.

Respectfully submitted,

By /s/ Darryl E. Austin
DARRYL E. AUSTIN
New Jersey State Bar ID No. 023352008
Southern District of Texas No. 2659614
Attorneys for Defendant
darryl_austin1@yahoo.com

## **CERTIFICATE OF CONFERENCE**

I certify that I conferred with Assistant United States Attorney and determined that the United States is unopposed to this second motion to continue.

## **CERTIFICATE OF SERVICE**

I certify that on March 2, 2026, a copy of the foregoing was served by Notification of Electronic Filing and will be delivered by email to the office of Assistant United States Attorney.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                                 Cr. No. H-25-495

DEMPSEY SPEARS

**O R D E R**

The Court has considered the Unopposed Motion to Continue, wherein counsel for Defendant, Dempsey Spears, has represented that more time is needed to conduct discovery, prepare pretrial motions, and prepare for trial, and that failure to grant a continuance would result in a miscarriage of justice. Based on the representations made in the Unopposed Motion to Continue, the Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public, as well as the Defendant, to a speedy trial. The Court also finds that pursuant to Title 18 U.S.C. § 3161(h)(7)(A) & (B), failure to grant a continuance would result in the miscarriage of justice, and that a continuance is necessary to allow reasonable time for trial preparation.

The Unopposed Motion to Continue is therefore GRANTED. It is ORDERED that a period of excludable delay shall commence on, _____, 2026, pursuant to Title 18 U.S.C. § 3161(h)(7)(A) & (B). The period of excludable delay shall end at commencement of trial or disposition of charges.

Pretrial motions shall be filed by _____.

Responses shall be filed by _____.

A pretrial conference is set for _____ at _____ am / pm.

Trial in this case is set for _____ at _____ am / pm.

SIGNED at Houston, Texas, on the ___ day of _____ 2026.

_____,
UNITED STATES DISTRICT JUDGE