United States District Court
Southern District of Texas
**ENTERED**
March 09, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                          Cr. No. H-25-495

DEMPSEY SPEARS

## O R D E R

The Court has considered the Unopposed Motion to Continue, wherein counsel for Defendant, Dempsey Spears, has represented that more time is needed to conduct discovery, prepare pretrial motions, and prepare for trial, and that failure to grant a continuance would result in a miscarriage of justice. Based on the representations made in the Unopposed Motion to Continue, the Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public, as well as the Defendant, to a speedy trial. The Court also finds that pursuant to Title 18 U.S.C. § 3161(h)(7)(A) & (B), failure to grant a continuance would result in the miscarriage of justice, and that a continuance is necessary to allow reasonable time for trial preparation.

The Unopposed Motion to Continue is therefore GRANTED. It is ORDERED that a period of excludable delay shall commence on, March 9, 2026, pursuant to Title 18 U.S.C. § 3161(h)(7)(A) & (B). The period of excludable delay shall end at commencement of trial or disposition of charges.

Pretrial motions shall be filed by __May 18, 2026__.

Responses shall be filed by __June 8, 2026__.

A pretrial conference is set for __June 25, 2026__ at __2:30__ pm.

Trial in this case is set for __June 29, 2026__ at __9:00__ am

SIGNED at Houston, Texas, on the 9th day of March, 2026.


_____,
UNITED STATES DISTRICT JUDGE