**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                                                          **4:25-CR-495**

**DEMPSEY SPEARS,**

## DEFENDANT'S UNOPPOSED MOTION TO MODIFY BOND CONDITIONS

The defendant, Dempsey Spears, files this motion to modify the conditions of pretrial release and respectfully shows as follows:

Mr. Spears is charged with multiple counts of Health Care fraud and Aggravated Identity Theft in violation of 18 U.S.C. §§ 1347 and 1028A. He was given a $25,0000 unsecured bond and released on October 1, 2025.

The requirements of Mr. Spears' bond, in particular, required that he find verifiable employment while simultaneously within 30 days close his medical practice. Likewise, he is also prohibited from billing Medicare or Medicaid directly or indirectly.

Mr. Spears is in full compliance with his bond conditions. However, Mr. Spears requests permission to lift the requirement of having to first seek approval of a potential employer. Due to the nature of the charges, he has lost the ability to work

for prior approved companies and it has become untenable to be able to accept employment by requiring that he first seek approval from the Court. The Court's prior Order allowed only **Headway, Thrive Works and Rula** to bill on Mr. Spears' behalf. Mr. Spears respectfully requests that the conditions prohibiting him from billing directly still be in place, but any future employer will be authorized to bill various agencies and insurance companies such as Medicare or Medicaid for the work he performs for their respective companies. Thereby allowing other comparable companies to be authorized to bill for services rendered to their patients by Mr. Spears without first approval from the Court.

Counsel for Mr. Spears has conferred with AUSA Kathryn Olson who has indicated that she is unopposed to the modification. If the Court grants this motion, Mr. Spears would advise his probation officer of the plans in advance and his employment contacts.

Respectfully submitted,

By /s/ Darryl E. Austin
DARRYL E. AUSTIN
New Jersey State Bar ID No. 023352008
Southern District of Texas No. 2659614
Attorneys for Defendant
darryl_austin1@yahoo.com

## CERTIFICATE OF SERVICE

I certify that on March 31, 2026, a copy of the foregoing Unopposed Motion to Modify Bond Conditions was served by Notification of Electronic Filing and was delivered by email to the office of Assistant United States Attorney Kathryn Olson and to the office of United States Probation Officer Noelia Barba.

<u>s/ Darryl E. Austin</u>
DARRYL E. AUSTIN

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

**UNITED STATES OF AMERICA**

**v.**                                                                                  **4:25-CR-495**

**DEMPSEY SPEARS**

### O R D E R

Having considered the defendant's motion to modify bond conditions, it is hereby GRANTED.  Mr. Spears need not seek prior approval for an employer to bill Medicare and Medicaid directly for services performed by Mr. Spears.

SIGNED at Houston, Texas, on the _____ day of _____, 2026.


_____
UNITED STATES DISTRICT JUDGE

4