**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                                                           **Cr. No. H-25-495**

**DEMPSEY SPEARS**

**MOTION FOR PERMISSION TO TRAVEL**

Defendant, through counsel, respectfully moves this Court for an order permitting him to travel outside of the district for the purpose of visiting family in Louisiana.  In support, Defendant states as follows:

1. On October 1, 2025, Mr. Spears was released on conditions.

2. One of Mr. Spears' standard conditions of pre-trial supervision requires him to obtain permission before traveling outside the judicial district.

3. While on U.S. Pretrial release, Mr. Spears has remained compliant with all conditions of his release.

4. Mr. Spears plans to travel to Simmesport, Louisiana on April 4, 2026 at 9am to visit his father.  He will stay overnight to celebrate Easter with his family leaving around 3:00pm Sunday afternoon on April 5, 2026 to return to Houston.

5. Undersigned counsel reached out to United States Probation Officer Noelia Barba, who indicated she does not oppose Mr. Spears' request to travel out of the district to visit family between April 4th and April 5th.

6. Undersigned counsel reached out to AUSA Kathryn Olson, and was unable to determine AUSA Olson's position on the request.

Respectfully submitted,

By /s/ Darryl E. Austin
DARRYL E. AUSTIN
New Jersey State Bar ID No. 023352008
Southern District of Texas No. 2659614
Attorneys for Defendant
darryl_austin1@yahoo.com

## CERTIFICATE OF SERVICE

I certify that on April 2, 2026, a copy of the foregoing Motion for Permission to Travel Outside of the District was served by Notification of Electronic Filing and was delivered by email to the office of Assistant United States Attorney Kathryn Olson and to the office of United States Probation Officer Noelia Barba.

s/ Darryl E. Austin
DARRYL E. AUSTIN

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                                                          **Cr. No. H-25-495**

**DEMPSEY SPEARS**

## ORDER

Upon consideration of Defendant's Motion for Permission to Travel, the Court finds good cause and hereby ORDERS:

1. Defendant is authorized to travel outside of the District to Simmesport, Louisiana between April 4, 2026 and April 5, 2026.

2. Defendant shall comply with all conditions of probation during these trips.

SIGNED at Houston, Texas, on the _____ day of _____ 2026.

_____
United States District Judge

3