United States District Court
Southern District of Texas
**ENTERED**
April 07, 2026
Nathan Ochsner, Clerk

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                                          Cr. No. H-25-495

DEMPSEY SPEARS


## ORDER

Upon consideration of Defendant's Motion for Permission to Travel, the Court finds good cause and hereby ORDERS:

1. Defendant is authorized to travel outside of the District to Simmesport, Louisiana between April 4, 2026 and April 5, 2026.

2. Defendant shall comply with all conditions of probation during these trips, and

3. Inform U.S. Probation of the address where he will be staying.

SIGNED at Houston, Texas, on the _____ day of APR 0 2 2026 2026.

_____
United States District Judge