United States District Court
Southern District of Texas
**ENTERED**
May 07, 2026
Nathan Ochsner, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                                          **4:25-CR-495**

DEMPSEY SPEARS

### O R D E R

Having considered the defendant's motion to modify bond conditions, it is hereby GRANTED. Doc. #24. Mr. Spears need not seek prior approval for an employer to bill Medicare and Medicaid directly for services performed by Mr. Spears.

SIGNED at Houston, Texas, on the _____ day of __MAY 0 7 2026__, 2026.

_____
UNITED STATES DISTRICT JUDGE