## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                                    Case Number: 4:25−cr−00495

Dempsey Spears

---

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SCHEDULED AS SET FORTH BELOW.**

**Before the Honorable**

Alfred H Bennett

**PLACE:**
Courtroom 9A
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:**  7/1/2026

**TIME:** 09:30 AM

**TYPE OF PROCEEDING:** Re−Arraignment Hearing

Date: June 24, 2026

Nathan Ochsner, Clerk
by L. Edwards, Deputy Clerk