# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                                     Case Number: 4–25–cr–00495

Dempsey Spears

---

## NOTICE OF RESETTING

**A proceeding has been reset in this case as to Dempsey Spears as set forth below.**

**Before the Honorable Alfred H Bennett**

**PLACE:**
Courtroom 9A
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 7/10/2026

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Re–Arraignment Hearing

---

Date: June 25, 2026 Nathan Ochsner, Clerk
by L. Edwards, Deputy Clerk