## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                              Case Number: 4−25−cr−00495

Dempsey Spears

---

### NOTICE OF RESETTING

**A proceeding has been reset in this case as to Dempsey Spears as set forth below.**

**Before the Honorable Alfred H Bennett**

**PLACE:**
Courtroom 9A
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 7/10/2026

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Re−Arraignment Hearing

---

Date: July 6, 2026 Nathan Ochsner, Clerk
by L. Edwards, Deputy Clerk