**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

**UNITED STATES OF AMERICA**

**v.** **Cr. No. H-25-495**

**DEMPSEY SPEARS**

## UNOPPOSED MOTION TO CONTINUE SENTENCING

Defendant Dempsey Spears, moves this Court for a 60-day 1continuance of the sentencing date, and he respectfully shows as follows:

Mr. Spears is charged with multiple counts of Health Care fraud and Aggravated Identity Theft in violation of 18 U.S.C. §§ 1347 and 1028A. He plead guilty on July 13, 2026, via plea agreement and was allowed to remain on supervised release pending sentencing.

Mr. Spears is scheduled for sentencing on October 15, 2026. Counsel for Mr. Spears is currently scheduled to begin trial on October 13, 2026 in front of the Honorable Charles R. Eskridge, the case is expected to last approximately five days.[1] Counsel will unlikely be able to attend the sentencing due to the scheduling conflict. However, and importantly, Counsel initially had difficulty retrieving the Pre-Sentence report ("PSR") and as such needs more time to review the PSR and discuss it with the client. Additionally, undersigned counsel has already identified

[1] United States v. Wilson, et al. 4:23-cr-177

certain legal and factual issues that require further investigation that have an impact at sentencing and time is needed to file objections to the PSR.

The defendant respectfully submits that the best interests of justice served by granting this motion for a continuance substantially outweigh the interests of the defendant and the community in a speedy trial, and that failure to grant the continuance would deprive defense counsel of sufficient time to prepare for sentencing. The government and probation are unopposed to this motion to continue.

s/*Darryl Austin*
Darryl E. Austin
New Jersey State Bar ID No. 023352008
Southern District of Texas No. 2659614
Attorneys for Defendant
LAW OFFICES OF DARRYL E. AUSTIN, LLC
717 Texas Avenue, Suite 1200
Houston, Texas 77027
Phone: (832) 356-7192
darryl_austin1@yahoo.com

Attorney for Defendant

## CERTIFICATE OF CONFERENCE

I certify that I conferred with Assistant United States Attorney and determined that the United States is unopposed to this motion to continue.

## CERTIFICATE OF SERVICE

1 I certify that on October 7, 2026, a copy of the foregoing was served by Notification of Electronic Filing and will be delivered by email to the office of Assistant United States Attorney.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

**UNITED STATES OF AMERICA**

**v.** **Cr. No. H-25-495**

**DEMPSEY SPEARS**

**O R D E R**

1The Court has considered the Unopposed Motion to Continue, wherein counsel for Defendant, Dempsey Spears, has represented that more time is needed to conduct discovery and prepare for sentencing, and that failure to grant a continuance would result in a miscarriage of justice. Based on the representations made in the Unopposed Motion to Continue, the Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public, as well as the Defendant, to a speedy trial. The Court also finds that pursuant to Title 18 U.S.C. § 3161(h)(7)(A) & (B), failure to grant a continuance would result in the miscarriage of justice, and that a continuance is necessary to allow reasonable time for sentencing preparation.

The Unopposed Motion to Continue is therefore GRANTED. It is ORDERED that a period of excludable delay shall commence on, _______________, 2026, pursuant to Title 18 U.S.C. § 3161(h)(7)(A) & (B). The period of excludable delay shall end at commencement of trial or disposition of charges.

Sentencing in this case is set for ________________________ at _______ am / pm.

1SIGNED at Houston, Texas, on the ___ day of ____________________ 2026.

___________________________________,