United States District Court
Southern District of Texas
**ENTERED**
October 07, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

**UNITED STATES OF AMERICA**

**v.** **Cr. No. H-25-495**

**DEMPSEY SPEARS**

**ORDER**

1The Court has considered the Unopposed Motion to Continue, wherein counsel for Defendant, Dempsey Spears, has represented that more time is needed to conduct discovery and prepare for sentencing, and that failure to grant a continuance would result in a miscarriage of justice. Based on the representations made in the Unopposed Motion to Continue, the Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public, as well as the Defendant, to a speedy trial. The Court also finds that pursuant to Title 18 U.S.C. § 3161(h)(7)(A) & (B), failure to grant a continuance would result in the miscarriage of justice, and that a continuance is necessary to allow reasonable time for sentencing preparation.

The Unopposed Motion to Continue is therefore GRANTED. It is ORDERED that a period of excludable delay shall commence on, October 7, 2026, pursuant to Title 18 U.S.C. § 3161(h)(7)(A) & (B). The period of excludable delay shall end at commencement of trial or disposition of charges.

Sentencing in this case is set for **December 10, 2026 at 9:00 am**

SIGNED at Houston, Texas, on the 7th day of October, 2026.

______________________________,
ALFRED H. BENNETT
U.S. DISTRICT JUDGE